# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-00749 UNA |
| ) | |
| $5,400.00 U.S.Currency ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The above styled and numbered case was filed on February 16, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:17-cv-00032.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-00749 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: 2/17/17         By: Jason W. Dockery
                           Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:17-cv-00032 SNLJ.**